Daniel Cotman (CBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 29317)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
One Colorado | 35 Hugus Alley, Suite 210
Pasadena, California 91103
(626) 405-1413/FAX (626) 316-7577
*Attorneys for Plaintiff Lightwire, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lightwire, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Lightpointe Communications, Inc., a Delaware corporation, <br><br> Defendant. | Case No.  2:16-cv-08427-PSG-GJS <br> Hon. Philip S. Gutierrez <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

Having considered the Joint Stipulation Dismissing All Claims and Counterclaims With Prejudice submitted by the parties and good cause appearing therefore, it is hereby ordered that:

All claims asserted in this action between Plaintiff Lightwire, LLC and Defendant Lightpointe Communications, Inc. are hereby dismissed with prejudice.

All counterclaims asserted in this action between Counter-Claimant Lightpointe Communications, Inc. and Counter Defendant Lightwire, LLC are hereby dismissed with prejudice.

All attorneys' fees and costs ae to be borne by the party that incurred them.

Dated: __7/12/17____

# PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez
United States District Judge